

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-16-00007-CR

---

LAMONTE WESLEY BROWN, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 292nd District Court
Dallas County, Texas
Trial Court No. F-1434606-V

---

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

Our review of the clerk's and court reporter's records in this case indicates that they contain "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data, in the context of a criminal case, includes "a birth date, a home address, and the name of any person who was a minor at the time the offense was committed." TEX. R. APP. P. 9.10(a)(3). The aforementioned records include the name of a person who was a minor at the time the offense was committed. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(g) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(g). Therefore, because the clerk's and reporter's records contain sensitive data, we order the clerk of this Court or her appointee, in accordance with Rule 9.10(g), to seal the electronically filed clerk's and reporter's records in this case.

IT IS SO ORDERED.

BY THE COURT

Date: September 1, 2016

2